

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-19-00743-CV

John David **HODGES**,
Appellant

v.

Isabel **HODGES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18089
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

We granted appellant an extension of time until April 13, 2021 to file his appellant's brief, stating in our order that no further extensions would be granted absent extraordinary circumstances. Appellant failed to file his brief and the deputy clerk sent a late brief notice. Appellant's response to the late brief notice was due on April 25, 2021. To date, neither a request for extension nor the appellant's brief has been filed. We therefore ORDER appellant to file the appellant's brief in this court *no later than 15 days* from the date of this order, along with a written response reasonably explaining: (1) his failure to timely file the brief and/or a motion for extension; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to file a brief and the written response by the date ordered, his appeal will be *dismissed for want of prosecution*. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.



Michael A. Cruz,
Clerk of Court